PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARMEN ACOSTA,                          )
                                        )   CASE NO. 1:16CV1737
                     Plaintiff,         )
                                        )
          v.                            )   JUDGE BENITA Y. PEARSON
                                        )
COMMISSIONER OF SOCIAL                  )
SECURITY,                               )
                                        )   **MEMORANDUM OF OPINION**
                     Defendant.         )   **AND ORDER**


An Administrative Law Judge ("ALJ") denied Plaintiff Carmen Acosta's application for

Supplemental Security Income ("SSI") after a hearing in the above-captioned case. That

decision became the final determination of the Commissioner of Social Security when the

Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial

review of the Commissioner's decision, and the Court referred the case to Magistrate Judge

David A. Ruiz for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and

Local Rule 72.2(b)(1).

The magistrate judge submitted a Report (ECF No. 20) recommending that the decision

of the Commissioner be affirmed. Specifically, the magistrate judge recommends that the Court

find: (1) the ALJ's decision regarding the functional limitations caused by Plaintiff's kidney

stones, hyperparathyroidism, and other symptoms is supported by substantial evidence (ECF No.

20 at PageID #: 849-51); (2) the ALJ's decision regarding functional limitations caused by

Plaintiff's medications is supported by substantial evidence (ECF No. 20 at PageID #: 852-55);

(1:16CV1737)

and (3) the ALJ's decision regarding Plaintiff's mental impairments is supported by substantial evidence (ECF No. 20 at PageID #: 855-58).

Fed. R. Civ. P. 72(b)(2) provides that objections to a Report and Recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report and Recommendation were, therefore, due on June 30, 2017. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed. Judgment will be entered in favor of Defendant.


IT IS SO ORDERED.


 July 3, 2017                          */s/ Benita Y. Pearson*
Date                                  Benita Y. Pearson
                                      United States District Judge